# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jarrod Gordon, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | ED CV 16-00979 ODW (AFM) |
| Stan Sniff, et al., | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY: <br> ☐ FULL FILING FEE <br> ☑ INITIAL PARTIAL FILING FEE |
| DEFENDANT(S). | |

On ___May 16, 2016___, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ ___14.00___ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

___7/21/2016___
Date

___/s/ Alexander F. MacKinnon___
United States Magistrate Judge