UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **ED CV 16-00979 ODW (AFM)**                             Date:  **January 24, 2017**

Title     **Jarrod Gordon v. Stan Sniff, Riverside County Sheriff**

Present: The Honorable:    **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

|  Ilene Bernal  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

    Defendant filed a Motion to Dismiss on November 7, 2016, contending that the Complaint should be dismissed for failure to state a claim and, alternatively, that the damage claims should be dismissed.  (ECF No. 19.)  On November 8, 2016, plaintiff was informed by minute order that he had until December 7, 2016 to file an opposition to the Motion to Dismiss.  Plaintiff was further advised that failure to oppose the Motion to Dismiss could be construed as consent to the granting of the Motion and could result in a recommendation that the action be dismissed. (ECF No. 21.)  Plaintiff failed to timely file an opposition (or a statement of non-opposition) and failed to seek to an extension of time to do so.  On January 6, 2017, plaintiff notified the Court of a change of address, providing his new address as: Jarrod Gordon, BB-8328, Wasco State Prison, P.O. Box 5500, Wasco, CA 93280.  (ECF No. 26.)  On January 10, 2017, defendant filed a notice that plaintiff had not filed an opposition and requested a ruling on the Motion to Dismiss.  (ECF  No. 27.)

    Accordingly, plaintiff is **Ordered to Show Cause** why this action should not be dismissed for failure to prosecute and why defendant's Motion to Dismiss should not be granted.  Plaintiff shall respond to this Order in a written submission filed and served on or before **February 10, 2017**.

    IT IS SO ORDERED.

|  |  : |
|---|---|
|  | **Initials of Preparer**     ib |