# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>    Plaintiff,<br><br>    v.<br><br>STAN SNIFF, et al.,<br><br>    Defendants. | Case No. ED CV 16-00979 ODW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that

(1) the Amended Report and Recommendation of the Magistrate Judge is accepted and adopted as set forth herein;

(2) defendant's Motion to Dismiss is denied, in part;

(3) defendant's Motion to Dismiss is granted, in part, and plaintiff's claim for punitive damages is dismissed; and

(4) defendant shall file an answer to the Complaint within thirty (30) days of this Order.

DATED: May 2, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE